UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ABRAHAM and MINA REMBAUM, et. :
al.,                          :
                              :
                  Plaintiffs, :    No. 10-CIV-4095 (SAS)
                              :
            vs.               :
                              :
BANCO SANTANDER, S.A., BANCO  :
SANTANDER INTERNATIONAL,      :
OPTIMAL INVESTMENT SERVICES,  :
S.A., and JONATHAN CLARK,     :
                              :
                  Defendants. :
                              :
------------------------------X

## DEFENDANTS' NOTICE OF MOTION TO DISMISS
## SECOND AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendants Banco Santander, S.A. ("Santander"), Banco Santander International ("BSI"), Optimal Investment Services, S.A. ("OIS"), and Jonathan Clark ("Clark") (collectively "Defendants"), through their undersigned counsel, respectfully move this Court for an Order dismissing, with prejudice, Plaintiffs' Second Amended Class Action Complaint on the grounds that it fails to state a claim upon which relief can be granted and, with respect to certain claims, for improper venue.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(3), upon the bases set forth in the accompanying Memorandum of Law, the Declaration of Paulo R. Lima and exhibits attached thereto, the Declaration of Robert H.T. Hildyard QC, and on such argument as may be presented to the Court at a hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Order [Dkt. # 11], Plaintiffs' opposition papers, if any, shall be due on or before January 31, 2011, and Defendants' reply papers, if any, shall be due on or before February 15, 2011.

The undersigned hereby certifies, pursuant to Rule III.B of the Individual Practices of Judge Shira A. Scheindlin, that the Parties have exchanged pre-motion letters in an attempt to eliminate the need to bring this motion.

Dated: December 30, 2010

Respectfully submitted,

By: /s/ Paulo R. Lima
Samuel A. Danon (*pro hac vice*)
Gustavo J. Membiela (*pro hac vice*)
Paulo R. Lima
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: sdanon@hunton.com
Email: gmembiela@hunton.com
Email: plima@hunton.com

- and -

Shawn Patrick Regan
**HUNTON & WILLIAMS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
Email: sregan@hunton.com

*Counsel for Defendants Banco Santander, S.A., Banco Santander International, Optimal Investment Services, S.A., and Jonathan Clark*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record listed below:

Edward W. Miller, Esq.
648 Franklin Avenue, 2nd Floor
Garden City, New York 11530
*Counsel for Plaintiffs*

                                          /s/ Paulo R. Lima
                                          For Hunton & Williams LLP