```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ABRAHAM and MINA REMBAUM, et. :
al.,                          :
                              :
              Plaintiffs,     :    No. 10-CIV-4095 (SAS)
                              :
         vs.                  :
                              :
BANCO SANTANDER, S.A., BANCO  :
SANTANDER INTERNATIONAL,      :
OPTIMAL INVESTMENT SERVICES,  :
S.A., and JONATHAN CLARK,     :
                              :
              Defendants.     :
                              :
------------------------------X
```

## BANCO SANTANDER, S.A.'S, BANCO SANTANDER INTERNATIONAL'S, AND OPTIMAL INVESTMENT SERVICES, S.A.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants, Banco Santander S.A., Banco Santander International, and Optimal Investment Services, S.A. state that:

1) Banco Santander, S.A. is a publicly-traded company. Banco Santander S.A. has no parent company and no publicly-traded company owns ten percent or more of its stock.

2) Banco Santander International is ultimately a wholly-owned subsidiary of Banco Santander, S.A.

3) Optimal Investment Services, S.A. is ultimately a wholly-owned subsidiary of Banco Santander, S.A.

Dated: January 3, 2011          Respectfully submitted,

                          By:   /s/ Paulo R. Lima
                                Samuel A. Danon (*pro hac vice*)
                                Gustavo J. Membiela (*pro hac vice*)
                                Paulo R. Lima

HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: sdanon@hunton.com
Email: gmembiela@hunton.com
Email: plima@hunton.com

- and -

Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
Email: sregan@hunton.com

*Counsel for Defendants Banco Santander, S.A., Banco Santander International, Optimal Investment Services, S.A., and Jonathan Clark*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record listed below:

Edward W. Miller, Esq.
648 Franklin Avenue, 2nd Floor
Garden City, New York 11530
*Counsel for Plaintiffs*

    /s/ Paulo R. Lima
For Hunton & Williams LLP