UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE OPTIMAL U.S. LITIGATION | ) ) ) ) ) ) No. 10-cv-4095 (SAS)<br>ECF CASE |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

WHEREAS, the Court issued an Opinion and Order dated May 2, 2011, permitting Plaintiffs to amend the Second Amended Complaint to add derivative claims;

WHEREAS, at a conference on May 10, 2011, the Court agreed to grant Plaintiffs leave to file a Third Amended Complaint to add a new plaintiff;

WHEREAS, consistent with the May 10 conference, Plaintiffs agreed to submit by May 13, 2011 a proposed order to the Court permitting Plaintiffs to file an amended complaint; and

WHEREAS, consistent with the May 10 conference, Plaintiffs agreed to file an amended complaint to add derivative claims and/or a new plaintiff by May 17, 2011;

IT IS THEREFORE ORDERED THAT,

1. Plaintiffs' motion for leave to file a Third Amended Complaint is granted. Plaintiffs shall file the amended pleading on or before May 17, 2011.

Dated: New York, New York
       May __, 2011

SO ORDERED

HON. SHIRA A. SCHEINDLIN

_____
United States District Judge