UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE OPTIMAL U.S. LITIGATION | ) ) ) ) ) | No. 10-cv-4095 (SAS)<br>ECF CASE |

**LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION
CONCERNING THE DISMISSAL OF THE SANTANDER PLAINTIFFS**

PLEASE TAKE NOTICE that, upon the Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Reconsideration Concerning the Dismissal of the Santander Plaintiffs, Lead Plaintiffs hereby move this Court, pursuant to Local Civil Rule 6.3, before the Honorable Shira A. Scheindlin, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting their motion for reconsideration and denying Defendants' motion to dismiss the claims of the Santander Plaintiffs based on the forum selection clause in the Account Agreement, and for such other and further relief as the Court may deem just and proper.

May 16, 2011                                                                 Respectfully submitted,


                                                                              /s/ *Javier Bleichmar*

                                                                             **LABATON SUCHAROW LLP**
                                                                             Joel H. Bernstein (JB-0763)
                                                                             Javier Bleichmar (JB-0435)
                                                                             Alan I. Ellman (AE-7347)
                                                                             140 Broadway
                                                                             New York, New York 10005
                                                                             Tel: 212-907-0700
                                                                             Fax: 212-818-0477
                                                                             jbernstein@labaton.com
                                                                             jbleichmar@labaton.com

aellman@labaton.com

**EDWARD W. MILLER** (EM-8489)
648 Franklin Avenue, 2nd Floor
Garden City, New York 11530
Tel: (516) 280-7377
edmilleresq@aol.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*