*Scheindlin, J*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | No. 10-cv-4095 (SAS) |
| ) | ECF CASE |
| IN RE OPTIMAL U.S. LITIGATION ) | |
| ) | [PROPOSED] REVISED |
| ) | SCHEDULING ORDER |

SHIRA A. SCHEINDLIN, District Judge:

Upon Plaintiffs' unopposed request to modify the briefing schedule on Defendants'

motion to dismiss, the following schedule is established:

(1) Plaintiffs shall serve and file any opposition to Defendants' Motion to Dismiss Certain Federal Securities Fraud Claims in the Fourth Amended Class Action Complaint by July 26, 2011; and

(2) Defendants shall serve and file any reply by August 2, 2011.

Dated: July 13, 2011
New York, New York    *No further extensions for any reason.*

SO ORDERED:

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT COURT JUDGE

*Counsel of Record*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/11