UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE OPTIMAL U.S. LITIGATION     No. 10 Civ. 4095 (SAS)

## ORDER FOR ADMISSION OF NEIL K. GILMAN *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Shawn Patrick Regan, attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Neil K. Gilman |
| Firm Name: | Hunton & Williams LLP |
| Address: | 2200 Pennsylvania Avenue, NW |
| City/State/Zip: | Washington DC  20037-1701 |
| Phone Number: | (202) 955-1500 |
| Fax Number: | (202) 778-2201 |
| E-mail address: | ngilman@hunton.com |

is admitted to practice *pro hac vice* as counsel for Defendants, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Aug 12, 2011
New York, New York

U.S.D.J.