# Labaton
# Sucharow



212 907 0877 direct
212 883 7077 fax
aellman@labaton.com

August 26, 2011

*Plaintiffs' request is granted. Plaintiffs have until September 2, 2011 to respond to Defendants' pre-motion letter.*
*So ordered.*

**VIA HAND DELIVERY**

Hon. Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*The status conference scheduled for 8/31/11 is adjourned to 9/6/11 at 3:00 p.m., where Defendants' pre-motion letter will also be discussed.*

*Shira A. Scheindlin*
*U.S.D.J.*
*8/26/11*

Re:   In re Optimal U.S. Litigation, No. 10-cv-4095 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs in the above-referenced action and write concerning Defendants' pre-motion letter of August 25, 2011. Defendants have agreed to Plaintiffs' request to extend the time for Plaintiffs to respond to the letter to September 2, 2011.

We are available should the Court wish to discuss this further.

Respectfully submitted,

LABATON SUCHAROW LLP
Counsel for Plaintiffs

By: _Alan I. Ellman_/sk
    Alan I. Ellman

CC: Gustavo J. Membiela, Esq. (via email)
    Samuel Danon, Esq. (via email)
    Paulo R. Lima, Esq. (via email)
    Edward Miller, Esq. (via email)
    Jack Reise, Esq. (via email)
    Michael L. Greenwald, Esq. (via email)

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com