USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE OPTIMAL U.S. LITIGATION

------------------------------------------------------------X

10 **CIVIL** 4095 (SAS)

### JUDGMENT

      Whereas on December 20, 2011 the Court having denied defendants' initial motion for forum no conveniens; thereafter defendants having moved, for a second time, for dismissal on the grounds of forum non conveniens, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on August 10, 2012, having rendered its Opinion and Order granting defendants' renewed motion for dismissal on grounds of forum non conveniens, and denying plaintiffs' motion for class certification and appointment of class representatives and class counsel as moot, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2012, defendants' renewed motion for dismissal on grounds of forum non conveniens is granted, and plaintiffs' motion for class certification and appointment of class representative and class counsel is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          August 14, 2012

                                            RUBY J. KRAJICK
                                                   Clerk of Court
                            BY:
                                                      Deputy Clerk

                                      **THIS DOCUMENT WAS ENTERED**
                                      **ON THE DOCKET ON** _____