UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OPTIMAL U.S. LITIGATION | ) ) ) ) ) No. 10-cv-4095 (SAS) ECF CASE |

**LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION
OF THE COURT'S DISMISSAL FOR FORUM NON CONVENIENS**

PLEASE TAKE NOTICE that, upon the Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Reconsideration of the Court's Dismissal For Forum Non Conveniens, Lead Plaintiffs hereby move this Court, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 59(e), before the Honorable Shira A. Scheindlin, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting their motion for reconsideration and denying Defendants' motion to dismiss for forum non conveniens, and for such other and further relief as the Court may deem just and proper.

Date:  August 28, 2012                    Respectfully submitted,

*Edward Miller* (signature)

**EDWARD W. MILLER** (EM-8489)
648 Franklin Avenue, 2nd Floor
Garden City, New York 11530
Tel: (516) 280-7377
edmilleresq@aol.com

**LABATON SUCHAROW LLP**
Javier Bleichmar (JB-0435)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Tel: 212-907-0700
jbleichmar@labaton.com
aellman@labaton.com

*Counsel for Lead Plaintiffs, Lead Counsel for the Class, and Proposed Class Counsel*

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Jack Reise (*pro hac vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida 33432-4809
Tel: (561) 750-3000
jreise@rgrdlaw.com

*Proposed Class Counsel*

**GREENWALD DAVIDSON PLLC**
Michael Greenwald (*pro hac vice*)
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
mgreenwald@mgjdlaw.com

*Additional Counsel*